HERNANDEZ v. STATE.

(Court of Criminal Appeals of Texas. March 13, 1912.)

Appeal from Nueces County Court; Walter F. Timon, Judge.

Jose Hernandez was convicted of crime, and he appeals. Affirmed.

Suttle & Todd, G. R. Scott, and Boone & Pope, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This is a companion case to cause No. 1,675, Jose Gavinia v. State, 145 S. W. 594, this day affirmed. On the authority of that case, the judgment herein is affirmed.